1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR ESTANBOULIAN, **Individually And On Behalf Of All Others Similarly Situated,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**TOYS 'R' US-DELAWARE, INC.,**<br><br>        **Defendant.** | Case No.: 13-CV-00586-JAH-BLM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS INDIVIDUAL CLAIMS OF PLAINTIFF TAMAR ESTANBOULIAN WITH PREJUDICE** |

12
13
14
15
16
17
18
19
20

    Having considered Defendant TOYS 'R' Us-Delaware, Inc. and Plaintiff Tamar Estanboulian's (collectively, the "Parties") Joint Motion to Dismiss Individual Claims of Plaintiff Tamar Estanboulian With Prejudice, and good cause appearing, hereby **ORDERS** as follows:

        1. Plaintiff Tamar Estanboulian's individual claims brought in the above-entitled action, filed in the U.S.D.C., Southern District of California, Case No. 13-CV-00586-JAH-BLM, are dismissed **WITH PREJUDICE.**

21
22
23
24
25
26
27
28

2. This dismissal does not affect the claims of the putative class members.

3. Each party shall bear its/her own attorney's fees and costs with respect to this dismissal.

**IT IS SO ORDERED**.

Date:   May 29, 2013

**John A. Houston**
**United States District Judge**