**Kazerouni Law Group, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
2700 North Main Street, Suite 1000
Santa Ana, CA 92866
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**Hyde & Swigart**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108-3551
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAR ESTANBOULIAN, Individually And On Behalf Of All Others Similarly Situated, <br><br> Plaintiff, <br> v. <br><br> TOYS 'R' US-DELAWARE, INC., <br><br> Defendant. | Case No.: 13-CV-00586-JAH-BLM <br><br> **CLASS ACTION** <br><br> **JOINT MOTION TO DISMISS PLAINTIFF'S CLASS CLAIMS IN THEIR ENTIRETY WITHOUT PREJUDICE** <br><br> Hon. John A. Houston |

On May 30, 2013, the Court granted the Parties' Joint Motion to Dismiss the Individual Claims of Plaintiff Tamar Estanboulian with prejudice [Dkt. No. 15].

Defendant TOYS 'R' US-Delaware, Inc. ("Defendant"), by and through their

undersigned attorneys, and Plaintiff Tamar Estanboulian ("Plaintiff"), by and through her undersigned attorneys, stipulate and jointly move as follows:

IT IS HEREBY STIPULATED AND AGREED that Plaintiff will, and hereby does, dismiss with without prejudice the class claims brought in the above-entitled action, filed in the U.S.D.C., Southern District of California, Case No. 13-CV-00586-JAH-BLM, resulting in this case being dismissed in its entirety.

IT IS FURTHER STIPULATED AND AGREED that Defendant's Motion to Dismiss under F.R.C.P. 12(b)(6) is hereby withdrawn.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its/her own attorney's fees and costs with respect to this dismissal.

Dated: May 31, 2013         Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

BY: /s/ ABBAS KAZEROUNIAN
    ABBAS KAZEROUNIAN, ESQ.
    ATTORNEYS FOR PLAINTIFF

**REED SMITH LLP**

BY: /s/ KATHYLEEN A. O'BRIEN
    KATHYLEEN A. O'BRIEN
    ATTORNEYS FOR DEFENDANT

Kathyleen A. O'Brien, Esq. (SBN: 94218)
kobrien@reedsmith.com
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067-6078

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Kathyleen A. O'Brien, counsel for Defendant, and that I have obtained Kathyleen A. O'Brien's authorization to affix her electronic signature to this document.

**KAZEROUNI LAW GROUP, APC**

Dated: May 31, 2013 By: /s/ Abbas Kazerounian, Esq.